STEPHEN TUNSTALL, Respondent, *v.* WALTER W. WINTON, Appellant.

(Argued April 17, 1883; decided April 24, 1883.)

*B. F. Sawyer* for appellant.

*Edward P. Wilder* for respondent.

Agree to reverse orders of Special and General Terms and to grant motion; no opinion.

All concur.

Ordered accordingly.

---

BENJAMIN C. MIFFLIN, Appellant, *v.* JAMES I. BROOKS, Impleaded, etc., Respondent.

(Submitted April 17, 1883; decided April 24, 1883.)

*Albert Stickney* for appellant.

*George H. Adams* for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.